AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Michael Adams<br><br>Defendant | ) Case: 1:24-mj-00337<br>) Assigned to: Judge Upadhyaya, Moxila A.<br>) Assign Date: 10/24/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph Michael Adams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, or Demonstrating in a Capitol Building

Date: 10/24/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/24/24, and the person was arrested on *(date)* 10/29/24
at *(city and state)* Martinsburg, WV

Date: 10/29/24

*Arresting officer's signature*

Benjamin J. Bullington, Special Agent
*Printed name and title*